442 F.2d 1344
 UNITES STATES of America, Appellee,
v.
Norman James McCAA, Appellant.
 No. 26817.
 United States Court of Appeals, Ninth Circuit.
 June 14, 1971.
 
 Morris Futlick (argued), Fresno, Cal., for appellant.
 William R. Allen, Asst. U.S. Atty. (argued), Dwayne Keyes, U.S. Atty., Fresno, Cal., for appellee.
 Before HAMLEY, DUNIWAY and KILKENNY, Circuit Judges.
 PER CURIAM:
 
 
 1
 The judgment is affirmed. McGee v. United States, 402 U.S. , 91 S.Ct. 1565, 28 L.Ed.2d 47 (1971).